IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL E.,[1]

   Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

   Defendant.

Civ. No. 6:19-cv-00802-MC

**OPINION AND ORDER**

**MCSHANE, Judge**:

  Plaintiff Daniel E., proceeding *pro se*, filed this action on May 22, 2019. This Court granted Plaintiff *in forma pauperis* status on June 6, 2019. ECF No. 7. On September 6, 2019, this Court ordered Plaintiff to take various steps to effectuate service within 30 days of the Order. ECF No. 10. Plaintiff failed to do so. This Court ordered Plaintiff to show cause in writing by December 11, 2019 why this case should not be dismissed for failure to comply with the Court's previous Order (ECF No. 10). ECF No. 11. That Order was mailed to Plaintiff on November 27, 2019 and returned as undeliverable. *See* ECF Nos. 11 and 12. Because Plaintiff failed to notify the Court of his change his address pursuant to Local R. 83-12 and failed to show cause why the matter should not be dismissed pursuant to Fed. R. Civ. P. 41(b) and Local R. 41-2(a), this action is dismissed without prejudice.

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party in this case.

1 – OPINION AND ORDER

## CONCLUSION

This action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 11th day of February, 2020.

                                                /s/ Michael J. McShane
                                                    Michael McShane
                                           United States District Judge